UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STEVENSON, | 1:04-cv-05766-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | **ORDER DISMISSING ACTION** |
| CORCORAN STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, Carl Stevenson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 8, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On February 15, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed February 8, 2005, are ADOPTED IN FULL; and,

    2.   This action is DISMISSED based on plaintiff's failure to obey the court's order of November 18, 2004, and for failure to state a claim.

IT IS SO ORDERED.

**Dated:   April 15, 2005**                          **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE