UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 JUN -1  P 12: 11

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF.
AT FRESNO
BY
         DEPUTY

CARL DWAYNE STEVENSON,

Plaintiff - Appellant,

v.

CORCORAN STATE PRISON,

Defendant - Appellee.

No. 05-15862
D.C. No. CV-04-05766-OWW

**ORDER**

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [X]

Explanation: _Plaintiff was given opportunity to amend after complaint was analyzed. Refused to amend._

_____
Judge
United States District Court

Date: 5-3-/05